UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-42971 |
| Christine Yolanda Ventura | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING RULE 2004 EXAMINATION

This matter coming before the Court on the motion of SBS Financial Services, Inc. a creditor, to take a Rule 2004 Examination of Christine Yolanda Ventura, the Debtor, due notice having been given and the court being fully advised of the premises,

IT IS HEREBY ORDERED:

1) SBS Financial Services, Inc. is authorized to conduct a Rule 2004 Examination of Christine Yolanda Ventura.

3 0 JAN 2015

Enter:

United States Bankruptcy Judge

Dated:

**Prepared by:**
Michael V. Ohlman #6294512
MICHAEL V. OHLMAN, P.C.
55 West Monroe, Suite 2370
Chicago, IL 60603
(847)406-0022
mvohlman@ohlmanlaw.com