




Search: Find car values or features

**Popular Topics**  
New Cars for 2015  
Used Cars  
Car Classifieds  
Best Resale Value Awards  
5-Year Cost to Own Awards  

**Car Reviews & News**  
Car Reviews  
Car Videos  
Auto Shows  
Car News  
Best Cars  

**Help**  
FAQ  
Site Map  
Find a New Car  
What's My Car Worth  
KBB℠ Mobile  

**Company**  
About Us  
Contact Us  
Careers  
Corporate Information  

**Industry Relations**  
Advertising  
Media Center  
Linking Policy  
Business Solutions  

Follow KBB   Facebook   Twitter   Google+   YouTube   LinkedIn   RSS   Mobile Apps   iPhone®   Android™

© 1995-2015 Kelley Blue Book Co.®, Inc. All rights reserved.  Copyright & Trademarks | Terms of Service | Privacy Policy | Ad Choices

Have comments about our Blue Book Values? Give us your feedback.

© 2015 Kelley Blue Book Co., Inc. All rights reserved. 2/13/2015-2/19/2015 Edition for Illinois 60523. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.15022)